1  KEVIN HAHN, #231579
   MALCOLM ♦ CISNEROS, A Law Corporation
2  2112 Business Center Drive, Second Floor
   Irvine, California  92612
3  kevin@mclaw.org
   (949) 252-9400 (TELEPHONE)
4  (949) 252-1032 (FACSIMILE)

5  Attorneys for Secured Creditor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 2:09-bk-34989-VZ |
| VACHAGAN AMIRKHANYAN, | Chapter 7 |
| Debtor. | |
| ONEWEST BANK, FSB , and its successors and/or assignees, | **NOTICE OF CONTINUED HEARING** |
| Movant, | CONTINUED HEARING DATE: |
| vs. | DATE: February 23, 2010<br>TIME: 9:30 a.m.<br>CTRM: 1368 |
| VACHAGAN AMIRKHANYAN, Debtor, and Rosendo Gonzalez, Trustee, | FLOOR: 13th |
| Respondents. | |

TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:

   ONEWEST BANK, FSB , and its successors and/or assignees ("**ONEWEST BANK**") hereby files this Notice of Continued Hearing on the Motion for Relief from the Automatic Stay. The continued hearing will be held on **February 23, 2010 at 9:30 a.m. in Courtroom 1368, 13th Floor at the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, California 90012.**

\\

\\

| | |
|---|---|
| 1 | DATED: January 27, 2010 |

Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ *Kevin Hahn*
    KEVIN HAHN
    Attorneys for Movant

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2112 Business Center Drive, Second Floor
Irvine CA 92612

A true and correct copy of the foregoing document described **NOTICE OF CONTINUED HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 27, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**CHAPTER 7 TRUSTEE:**    Rosendo Gonzalez, rgonzalez@ecf.epiqsystems.com
**DEBTOR'S ATTORNEY:**    John A. Haubrich, haubrija@gmail.com

☐ Service information continued on attached page

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):
On January 27, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**    VACHAGAN AMIRKHANYAN, 701 E. Harvard Street #18, Glendale, CA 91205
**JUNIOR LIENHOLDER:**    Witkin and Neal, LLC, 5805 Sepulveda Blvd., Suite 670, Van Nuys, CA 91411
**HONORABLE BANKRUPTCY COURT JUDGE:**    United States Bankruptcy Court, Edward R. Roybal Federal Building and Courthouse Attention: Honorable Judge Vincent P. Zurzolo 255 E. Temple Street Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 27, 2010 | Scott B. Springer | _/s/ Scott B. Springer_ |
|---|---|---|
| Date | Type Name | Signature |